United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LINDA RUTHERFORD,             §
                              §
        Plaintiff,            §
                              §
VS.                           §   CIVIL ACTION NO. 4:24-CV-01297
                              §
SELECT PORTFOLIO SERVICING, INC., §
*et al.*,                     §
                              §
        Defendants.           §

## ORDER

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on April 30, 2026. Doc. #27. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. #26) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The Court will enter a separate Final Judgment.

It is so ORDERED.

5/18/26
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge